**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |
| In re: | Chapter 11 |
| BELTON TOWN CENTER ACQUISITION LLC | Case No. 09-10034 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| DBSI BROADWAY PLAZA LEASECO LLC | Case No. 09-10035 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| DBSI COLLINS OFFICES LLC | Case No. 09-10036 (PJW) |
| Debtor. | |
| In re: | Chapter 11 |
| DBSI DEVELOPMENT SERVICES LLC | Case No. 09-11037 (PJW) |
| Debtor. | |

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

| | |
|---|---|
| In re: <br><br> DBSI FLOWOOD PLAZA LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10038 (PJW) |
| In re: <br><br> DBSI LAND DEVELOPMENT LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10039 (PJW) |
| In re: <br><br> DBSI LEXINGTON LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10040 (PJW) |
| In re: <br><br> DBSI MERIDIAN I84 LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10041 (PJW) |
| In re: <br><br> DBSI ONE HERNANDO CENTER NORTH LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10042 (PJW) |
| In re: <br><br> DBSI REPUBLIC LEASECO LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10043 (PJW) |
| In re: <br><br> SOUTH CAVANAUGH LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 09-10044 (PJW) |

| | |
|---|---|
| In re: <br><br> DBSI 121/ALMA LAND L.P. <br><br> _____ Debtor. | Chapter 11 <br><br> Case No. 09-10045 (PJW) |
| In re: <br><br> DBSI 121/ALMA LLC <br><br> _____ Debtor. | Chapter 11 <br><br> Case No. 09-10046 (PJW) |
| In re: <br><br> FOR 1031 BROADWAY PLAZA LLC <br><br> _____ Debtor. | Chapter 11 <br><br> Case No. 09-10080 (PJW) |
| In re: <br><br> FLORISSANT MARKET PLACE ACQUISITION LLC <br><br> _____ Debtor. | Chapter 11 <br><br> Case No. 09-10081 (PJW) <br><br> **Docket Ref. Nos. 1042 and 1112** |

## ORDER APPROVING JOINT ADMINISTRATION OF CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, directing the supplemental joint administration of the chapter 11 cases of Belton Town Center Acquisition LLC, DBSI Broadway Plaza LeaseCo LLC, DBSI Collins Offices LLC, DBSI Development Services LLC, DBSI Flowood Plaza LLC, DBSI Land Development LLC, DBSI Lexington LLC, DBSI Meridian I84 LLC, DBSI One Hernando Center North LLC, DBSI Republic LeaseCo LLC, South Cavanaugh LLC, DBSI 121/Alma Land L.P., DBSI 121/Alma LLC, FOR 1031 Broadway Plaza LLC and Florissant Market Place Acquisition LLC (each, an

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

"Additional Debtor," and collectively, the "Additional Debtors") with the administration of the previously Court-approved joint administration of the chapter 11 cases of DBSI, Inc. and its various direct and indirect debtor affiliates (the "Joint Debtors," and together with the Additional Debtors, the "Debtors"); and the Court having reviewed the Motion and the Declaration of Douglas L. Swenson attached as Exhibit A to the Motion and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that:

1. The Motion be, and hereby is, GRANTED.

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned chapter 11 cases shall be consolidated for administrative purposes only and jointly administered by the Court as Case No. 08-12687 (PJW).

3. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DBSI, INC., *et al.*,[1] | Case No. 08-12687 (PJW) |
| Debtors. | Jointly Administered |

4. A docket entry shall be made in each of the Additional Debtors' chapter 11 cases substantially as follows:

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037. The mailing address for DBSI Inc. is 12426 West Explorer Drive, Suite 220, Boise, Idaho 83713. Due to the large number of Debtors in these jointly administered cases, a complete list of the Debtors, the last four digits of their federal tax identification numbers and their addresses is not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.kccllc.net/dbsi, or by contacting the proposed undersigned counsel for the Debtors.

2

An order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of DBSI, Inc. and its affiliates that have commenced chapter 11 cases. The docket of DBSI, Inc., Case No. 08-12687 (PJW), should be consulted for all matters affecting this chapter 11 case."

5. Any and all orders previously entered by the Court in the chapter 11 cases of the Joint Debtors which are applicable to the Additional Debtors, including, but not limited to, orders authorizing the retention of professionals and the procedures for compensation of such professionals, shall be deemed to extend and apply with equal force and effect to the chapter 11 cases of the Additional Debtors.

6. The Debtors are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of interpretation of this Order.

Dated: Wilmington, Delaware
February 2, 2009

_____
Peter J. Walsh
United States Bankruptcy Judge

3